James E. WILSON, Appellant,

v.

Michael JOHNSTON, Dr., Appellee.

No. 03–2072.

United States Court of Appeals, Eighth Circuit.

Submitted June 25, 2003.

Decided June 30, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

James E. Wilson appeals from the dismissal of his civil suit. Having reviewed the record, we conclude that the district court[1] did not abuse its discretion in dismissing the complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (court shall dismiss case if it determines action is frivolous); *Denton v. Hernandez*, 504 U.S. 25, 32–34, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992) (standard of review; court may dismiss complaint of plaintiff proceeding in forma pauperis (IFP) as frivolous, and disregard clearly baseless, fanciful, fantastic, or delusional factual allegations); *Neitzke v. Williams*, 490 U.S. 319, 324, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989) (noting that plaintiff proceeding IFP lacks economic incentive to refrain from filing frivolous, malicious, or repetitive lawsuits). However, we modify the dismissal to be without

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

prejudice to the filing of a paid complaint. *See Denton*, 504 U.S. at 34, 112 S.Ct. 1728.

The judgment is affirmed, as modified. *See* 8th Cir. R. 47A(a). We deny all pending motions.

A true copy.